**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARTIN GARDNER REIFFIN,

    Plaintiff,

  v.

MICROSOFT CORP. ET AL.,

    Defendants.

No. C 11-03505 CRB

**JUDGMENT**

    Having granted Defendant Microsoft's Motion to Dismiss (dkt. 10), the Court hereby enters judgment for Defendant and against Plaintiff.

    **IT IS SO ORDERED.**

Dated: October 26, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\3505\judgment.wpd

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California