United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN GARDNER REIFFIN, | No. C 11-03505 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MICROSOFT CORP. ET AL., | |
| Defendants. | |

Having granted Defendant Microsoft's Motion to Dismiss (dkt. 10), the Court hereby enters judgment for Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: October 26, 2011         CHARLES R. BREYER
                                UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\3505\judgment.wpd