IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN GARDNER REIFFIN,<br><br>    Plaintiff,<br><br>  v.<br><br>MICROSOFT CORP. ET AL.,<br><br>    Defendants.             / | No. C 11-03505 CRB<br><br>**ORDER AS TO THREE FILINGS** |

    The Court is in receipt of a Motion by Plaintiff Martin Reiffin to have the Court reconsider its Order Regarding Service, see dkt. 52, as well as a Motion to Dismiss the Amended Complaint by Defendants Steven Ballmer and William Gates, see dkt. 55, and a Second Motion for Default Judgment by Plaintiff, see dkt. 58.

    In light of Defendant Ballmer's and Defendant Gates's appearance in the case, the Court DENIES the Second Motion for Default Judgment, and STAYS its Order Regarding Service (dkt. 49). Plaintiff is directed to respond to the Motion to Dismiss according to the local rules.

    **IT IS SO ORDERED.**

Dated: December 9, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\3505\order re reconsideration.wpd