IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARTIN GARDNER REIFFIN,

    Plaintiff,

v.

MICROSOFT CORP. ET AL.,

    Defendants.

No. C 11-03505 CRB

**ORDER DENYING REQUEST FOR RECONSIDERATION**

In combination with his Opposition to the Motion to Dismiss filed by Defendants Gates and Ballmer, Plaintiff filed a "Request for Reconsideration of Order Granting Motion to Dismiss Filed by Defendant Microsoft Corp." See dkt. 62. Plaintiff's filing is procedurally improper for several reasons. Most important, Local Rule 7-9(a) involves motions for reconsideration of interlocutory orders "[b]efore the entry of a judgment." The Court has already entered judgment for Defendant Microsoft and against Plaintiff. See dkt. 40.[1] Plaintiff is surely aware of this fact, as he has already appealed that judgment. See dkt.

//
//
//
//

---

[1] Plaintiff also did not receive leave from the Court to file a motion for reconsideration, per Local Rule 7-9(a), nor did he satisfy any of the requirements of Local Rule 7-9(b).

43. Accordingly, the Request for Reconsideration is DENIED.

**IT IS SO ORDERED.**

Dated: December 19, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE