IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN GARDNER REIFFIN,<br><br>         Plaintiff,<br><br>   v.<br><br>MICROSOFT CORP. ET AL.,<br><br>         Defendants._____/ | No. C 11-03505 CRB<br><br>**ORDER DENYING REQUEST FOR RECONSIDERATION** |

In combination with his Opposition to the Motion to Dismiss filed by Defendants Gates and Ballmer, Plaintiff filed a "Request for Reconsideration of Order Granting Motion to Dismiss Filed by Defendant Microsoft Corp." See dkt. 62. Plaintiff's filing is procedurally improper for several reasons. Most important, Local Rule 7-9(a) involves motions for reconsideration of interlocutory orders "[b]efore the entry of a judgment." The Court has already entered judgment for Defendant Microsoft and against Plaintiff. See dkt. 40.[1] Plaintiff is surely aware of this fact, as he has already appealed that judgment. See dkt.

//
//
//
//

---

[1] Plaintiff also did not receive leave from the Court to file a motion for reconsideration, per Local Rule 7-9(a), nor did he satisfy any of the requirements of Local Rule 7-9(b).

43. Accordingly, the Request for Reconsideration is DENIED.

**IT IS SO ORDERED.**

Dated: December 19, 2011   

CHARLES  R. BREYER

UNITED STATES DISTRICT JUDGE