IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN GARDNER REIFFIN,<br><br>    Plaintiff,<br><br>  v.<br><br>MICROSOFT CORP. ET AL.,<br><br>    Defendants. / | No. C 11-03505 CRB<br><br>**JUDGMENT** |

    Having granted with prejudice the Motion to Dismiss filed by Defendants William H. Gates III and Steven A. Ballmer, see dkt. 95, the Court hereby enters judgment for Defendants and against Plaintiff.

    **IT IS SO ORDERED.**

Dated: April 16, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\3505\judgment.frm